UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

FILED

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| EDWARD THOMAS,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>CAL A. TERHUNE; et al.,<br><br>    Defendants - Appellees. | No. 06-15901<br>D.C. No. CV-03-05467-<br>REC/SMS<br><br><br>ORDER |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith    [X]

Explanation: _Complaint dismissed_
_pursuant to 28 USC §1915A_

_____
Judge
United States District Court

Date: __May 30, 06__